"Clerk"
Court Of Criminal Appeals
P.O. Box 12308, Capital Station
Austin, Tx. 78711

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 06 2015

Abel Acosta, Clerk

April 1, 2015

Re: Date, Petition For Discretionary Review
Was Refused/Denied

Dear Clerk,
Good Day and Good Bless! I need
the date, in which my Petition for Discretionary Review
was denied/refused; Please!
Thank You, for your time and attention
in this very important matter.

Respectfully Submitted

x Marcus A. Shuff
Marcus Shuff # 1770478
French M. Robertson Unit
12071 FM 3522
Abilene, Texas 79601

c.c./file